IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cr-00495-REB-08

UNITED STATES OF AMERICA,

    Plaintiff,

v.

8. CESAR GILBERT TAPIA-RIVERA,

    Defendant.

## MINUTE ORDER[1]

The matter comes before the court on defendant's **Motion Seeking Permission To Appear By Telephone At January 25, 2008 Status/Setting Conference** [#60], filed January 24, 2008. The motion is **GRANTED**, and counsel for defendant Cesar Gilbert Tapia-Rivera, Ronald Gainor, is permitted to participate in the status/setting conference of January 25, 2008, by telephone. Mr. Gainor shall contact this court's Administrative Assistant, Susan Schmitz, at (303) 335-2350 at the designated time of the hearing in order to participate in this conference.

    Dated: January 24, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.